UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 3 2005

GREGORY C. LANGHAM
CLERK

In re: STANLEY BROWN-BEY,

Petitioner.

No. 05-1452
91-cv-00549-RPM-RMB

ORDER
Filed December 13, 2005

Before **KELLY, HENRY**, and **BRISCOE**, Circuit Judges.

On November 2, 2005, this court entered an order containing proposed filing restrictions on petitioner Stanley Brown-Bey. Mr. Brown-Bey was notified that he had fifteen days from the date of the order to file written objections to the proposed restrictions. As of December 6, 2005, this court has not received any response from Mr. Brown-Bey. It is therefore ordered that the filing restrictions contained in this court's order of November 2, 2005 shall be deemed to have taken effect as of November 22, 2005, as provided in the November 2 order.

Entered for the Court
CLERK, COURT OF APPEALS

By: [signature]
Deputy Clerk